## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL SPENCER, JR.,        :            CIVIL ACTION
     Petitioner,               :
                             :
     v.                     :            No. 21-843
                             :
MS. MASON, et al.           :
     Respondents.         :

## ORDER

**JOHN M. GALLAGHER, J.**

     **AND NOW**, this 30th day of June, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus (ECF No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 8), **IT IS ORDERED** that:

1. The Report and Recommendation (ECF No. 8) is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus (ECF No. 1) is **DISMISSED** without prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.


                        BY THE COURT:


                        */s/ John M. Gallagher*
                        JOHN M. GALLAGHER
                        U.S. DISTRICT COURT JUDGE